Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

PILLSBURY FLOUR MILLS COMPANY, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Carriers — railroads — action to recover for merchandise shipped as freight and destroyed by fire after arrival at destination — defense that railroad was liable only as warehouseman.*

*Pillsbury Flour Mills Co.* v. *Erie R. R. Co.*, 220 App. Div. 826, affirmed.

(Argued June 19, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, without a jury, upon stipulated facts. The action was to recover for flour destroyed by fire in defendant's cars at Weehawken, N. J., the night of November 3, 1921. The flour was shipped from Minneapolis, and the cars had on the evening of the fire been placed on defendant's tracks alongside defendant's dock D for unloading and delivery by defendant to plaintiff the following day in warehouse space in dock D, leased by plaintiff. The fire was of unknown origin, and happened without fault of either party. The defenses were the provisions of the bills of lading changing the insurer's liability of defendant as carrier to that of warehouseman forty-eight hours after arrival and notice thereof; also certain provisions of the lease to plaintiff of the warehouse space in dock D whereby plaintiff assumed risk of fire to property on or about the leased premises arising out of the condition, use or location thereof or the operation, maintenance or existence of defendant's railroad or its appurtenances.

*William C. Cannon, Theodore Kiendl* and *George M. Skinner* for appellant.

*Ray Rood Allen, Everett Masten* and *Eugene Underwood, Jr.,* for respondent.

Prepared by State Reporter from Appeal Papers

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK BATTAGLIA, Appellant.

*Crimes — manslaughter in first degree — judgment of conviction affirmed.*

*People* v. *Battaglia,* 224 App. Div. 692, affirmed.

(Argued June 20, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1928, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Bernard Swartz* and *Ernest W. McIntyre* for appellant.

*Guy B. Moore, District Attorney (William L. Marcy, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

NASSAU NATIONAL BANK OF BROOKLYN, Respondent, *v.* JOHN A. PAUL et al., Appellants.

*Debtor and creditor — fraudulent conveyance — real property — action to set aside conveyance of real property as in fraud of creditors.*

*Nassau National Bank* v. *Paul,* 223 App. Div. 733, affirmed.

(Submitted June 20, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 23, 1928, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to set aside an alleged fraudulent conveyance of real property. The complaint alleged that the plaintiff recovered a judgment against the defendant Paul